# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC BISHOP, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>AUTOMATED PET CARE PRODUCTS, LLC,<br><br>Defendant. | Case No. 1:20-cv-08862-SHS<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DEFENDANT AUTOMATED PET CARE PRODUCTS, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The sole member and owner of Defendant Automated Pet Care Products, LLC is Whisker Holdings, Inc., a Delaware corporation.

**Date:** 2/19/21

/s/Karl S. Kronenberger
**Signature of Attorney**

**Attorney Bar Code:** 756168

Form Rule7_1.pdf   SDNY Web 10/2007