UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| CEDRIC BISHOP, on behalf of himself and all Other persons similarly situated, | : | 20-Cv-8862 (SHS) |
| | : | |
| Plaintiffs, | | ORDER |
| -v- | : | |
| AUTOMATED PET CARE PRODUCTS, LLC, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   The Court has received plaintiff's letter, with the consent of defendant, dated March 16, 2021 [Doc. No. 17], notifying the Court that the parties in this matter have reached a settlement in principle. Accordingly,

   IT IS HEREBY ORDERED that:

   1.   This action is dismissed with prejudice, solely on behalf of plaintiff Cedric Bishop;

   2.   Any party may reinstate this action by notifying the Court in writing on or before April 16, 2021, if the settlement has not been effectuated by that date;

   4.   The Clerk of Court is directed to amend the caption in this matter as follows:

   UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
   ------------------------------------------------------------x

   CEDRIC BISHOP,                                                    :

               Plaintiff,                                            :
      -v-
                                                                     :
   AUTOMATED PET CARE PRODUCTS, LLC,
                                                                     :
               Defendant.
   ------------------------------------------------------------x

-2-

    5.    Defendant's motion to dismiss the complaint [Doc. No. 11] is dismissed as moot.

Dated: New York, New York
       March 18, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.